JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
 *JDunn@GGTrialLaw.com*
 *MHale@GGTrialLaw.com*
 *MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*
 *Aaliyah Thames*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AALIYAH THAMES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JERRY'S NUGGET, a Nevada Corporation,<br><br>Defendant. | Case No.: 2:25-CV-00556-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PROPOSED PRETRIAL ORDER**<br><br>**(FIFTH REQUEST)** |

Plaintiff Aaliyah Thames ("Plaintiff"), by and through her counsel, the law firm of Greenberg Gross LLP, and Defendant Jerry's Nugget ("Defendant"), by and through its counsel of record, Littler Mendelson, P.C., hereby stipulate and agree to extend the deadline to file the Joint Proposed Pretrial Order from May 11, 2026 to June 30, 2026, fourteen (14) days following the parties' agreed-upon mediation date of June 16, 2026. This is the parties' fourth request for an extension of this deadline.

-1-
STIPULATION AND ORDER TO EXTEND DISCOVERY SCHEDULING ORDER
DEADLINES

## I.    Background

Following the Court's denial of Defendant's Motion for Summary Judgment on March 6, 2026, the parties have been engaged in good-faith efforts to schedule private mediation through JAMS in an effort to explore resolution of this matter before incurring the substantial costs associated with trial preparation and pretrial filings. After conferring regarding available dates and mediator selection, the parties agreed to conduct mediation on June 16, 2026. However, the parties were unable to proceed on that date because undersigned defense counsel had to attend to a family medical emergency. The parties are currently working to reschedule the mediation to take place in July 2026.

## II.    Good Cause Supports the Requested Extension

Good cause exists to briefly extend the Joint Proposed Pretrial Order deadline. The parties had agreed to mediate this matter on June 16, 2026, but were unable to proceed when undersigned defense counsel was required to attend to a family medical emergency, and mediation is now being rescheduled for July 2026. The proposed extension to July 30, 2026 will allow the parties either to finalize a resolution or, if the matter does not settle, to proceed efficiently with pretrial preparation informed by the mediation process. The family medical emergency that delayed mediation could not have been anticipated when the current deadline was set. The requested extension is brief, made in good faith, and will not prejudice either party or unduly delay these proceedings. No trial date has been set.

## III.    Proposed Schedule.

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Joint Proposed Pretrial Order | June 30, 2026 | July 30, 2026 |

///

///

///

///

-2-
STIPULATION AND ORDER TO EXTEND DISCOVERY SCHEDULING ORDER
DEADLINES

The parties therefore respectfully request that the Court extend the deadline for filing the Joint Proposed Pretrial Order to July 30, 2026.

Dated this 30th day of June, 2026

/s/ Michael A. Burnette

JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

Attorneys for Plaintiff
Aaliyah Thames

/s/ Taylor A. Buono

KARYN M. TAYLOR
Nevada Bar No. 6142
TAYLOR A. BUONO
Nevada Bar No. 15513
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue, Suite 200
Las Vegas, NV 89113-4770

Attorneys for Defendant
Jerry's Nugget

**IT IS SO ORDERED**.

**DATED**: July 1, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

-3-
STIPULATION AND ORDER TO EXTEND DISCOVERY SCHEDULING ORDER DEADLINES